# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jonathan Adrian Larose**<br>DOB: 1992; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-04676 MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 28, 2020, in the District of Arizona, **Jonathan Adrian Larose**, knowing or in reckless disregard that certain alien, namely Clemente Alejandro-Garcia, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 28, 2020, in the District of Arizona, United States Border Patrol Agents (BPA) saw a Department of Public Safety Officer contacting a 2020 Volvo XC90 at a Texaco gas station in Willcox. The vehicle had stopped at the gas pumps. BPA stopped to assist the officer. The officer told the agents that he had a consensual encountered with the occupants' of the vehicle and the driver **Jonathan Adrian Larose** told him he picked up a hitchhiker. The Larose and an adult passenger then walked inside the Texaco. A third subject remained in the vehicle and the officer suspected he was an illegal aliens. The BPA determined that the subject in the vehicle was an illegal alien.

Material witness Clemente Alejandro-Garcia stated he had arranged to be smuggled into the United States for money. Alejandro said he crossed the border illegally.

In a post-*Miranda* statement, **Larose** admitted he knew his rear seat passenger was an illegal alien. **Larose** said he had completed two trips prior today and he transported the illegal aliens to a stash house in Phoenix. **Larose** would have been paid $700 USD for transporting the illegal alien this time

MATERIAL WITNESS IN RELATION TO THE CHARGE: Clemente Alejandro-Garcia

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br>RICARDO ISLA *Digitally signed by RICARDO ISLA Date: 2020.03.30 09:12:12 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>BPA Ricardo H. Islava |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *[signature]* | DATE<br>March 30, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54